IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES WELDON. | CRIMINAL ACTION<br>NO. 25-58 |

**ORDER**

**AND NOW**, this 21st day of August, upon consideration of the Government's Motion to Preclude Cross-Examination as to Facts of Pending Investigation Pursuant to Federal Rules of Evidence 403, 608(b), and 611 (Doc. No. 30), and in accordance with the Opinion of the Court filed this day, the Motion (Doc. No. 30) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.