IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES WELDON. | CRIMINAL ACTION<br>NO. 25-58 |

**ORDER**

**AND NOW**, this 1st day of September, upon consideration of the Defendant's Motion to Suppress All Physical Evidence Recovered Pursuant to the Search and Seizure of Defendant (Doc. No. 21), the Government's Response in Opposition to the Motion (Doc. No. 25), the evidence presented at the evidentiary hearing held on the Motion on August 11, 2026, and in accordance with the Opinion of the Court filed this day, the Motion (Doc. No. 21) is **DENIED**. The holster, narcotics, cash, and loaded firearm recovered from Defendant are admissible at trial.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.